**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rene Pena CORDERO, Defendant–**
**Appellant.**

No. 03–10574.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 23, 2004.

Susan B. Cowger, Chad Eugene Meacham, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

James G. Walker, Dallas, TX, for Defendant–Appellant.

Before KING, Chief Judge, and HIGGINBOTHAM and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rene Pena Cordero has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Cordero has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.